■ In the Matter of ANNIE ALLEN, Petitioner, v JOSEPH D'ELIA, as Commissioner of the Nassau County Department of Social Services, et al., Respondents.

As the State Commissioner concedes, the determination must be annulled because it was not supported by substantial evidence. Mangano, J. P., Brown, Niehoff and Lawrence, JJ., concur.

■ In the Matter of AMERICAN SECURITY INSURANCE COMPANY, Respondent, v ROBERT AUSTIN, Appellant, et al., Respondents.

Appellant failed to offer a valid excuse for his default, as required by CPLR 5015 (a) (1). Specifically, the "affirmation" of the attorney assigned to the case was not signed, and was therefore of no force or effect (CPLR 2106). Consequently, the trial court did not abuse its discretion in refusing to set aside the default judgment. Mollen, P. J., Mangano, Thompson and O'Connor, JJ., concur.